PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Dennis Rodriguez                                   Cr.: 02-713-01
                                                                     PACTS Number: 34086

Name of Sentencing Judicial Officer: John C Lifland
Name of Newly Assigned Judicial Officer: Dickinson R. Debevoise

Date of Original Sentence: 07/16/04

Original Offense: Conspiracy to Distribute a Controlled Substance

Original Sentence: 46 months custody; 5 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/10/06

### PETITIONING THE COURT

[ ]   To extend the term of supervision for           Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 50 hours of community service work over a period of 6 months or less, from the date of this signed petition. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

On January 21, 2010, the offender admitted to daily marijuana abuse resulting from stress and depression. As a result, he has agreed to attend mental health treatment. The 50 hour community service condition will serve as a sanction for his continued marijuana use.

Respectfully submitted,
By: Norma de Armas
    Senior U.S. Probation Officer
Date: 03/17/20

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above

PROB 12B - Page 2
Dennis Rodriguez

[X] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

March 23, 2010
_____
Date